1 | Joshua B. Swigart
  | State Bar No.: 225557
2 | Robert L. Hyde
  | State Bar No.: 227183
3 | **Hyde & Swigart**
  | 110 West 'C' Street, Suite 2018
4 | San Diego, CA 92101
  | Telephone: (619) 233-7770
5 | Facsimile:   (619) 330-4657
6 | Attorney for Plaintiff
  | Darren D. Chaker

*[Stamps: LODGED CLERK U.S. DISTRICT COURT NOV -5 2004 CENTRAL DISTRICT OF CALIFORNIA; FILED CLERK, U.S. DISTRICT COURT NOV - 9 2004 CENTRAL DISTRICT OF CALIFORNIA DEPUTY]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darren D. Chaker,<br><br>            Plaintiff,<br><br>    v.<br><br>Factual Data Corporation,<br><br>            Defendant. | Case No.: CV04-2729 JFW (AJWx)<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro 41(a), Plaintiff voluntarily dismisses Factual Data Corp., as named in Plainitiff's Verified Complaint For Damages, without prejudice.

Dated: November 1, 2004           Respectfully submitted,

                                  HYDE & SWIGART

                                  _/s/ Joshua B. Swigart_
                                  Joshua B. Swigart

*[Stamp: DOCKETED ON CM NOV 10 2004]*

Notice and Order of Voluntary Dismissal Without Prejudice                    CV04-2729 JFW (AJWx)